IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERICK GATHERS, <br><br> Plaintiff, <br><br> v. <br><br> STANLEY BLACK & DECKER, INC. dba DEWALT and DOES 1-5, <br><br> Defendant. | Civil Action No. 1:19-cv-12230-LTS |

## NOTICE OF SETTLEMENT

Erick Gathers, by and through his undersigned counsel, hereby advises this Honorable Court that he has reached an agreement-in-principle with Defendant Stanley Black & Decker Inc, dba Dewalt. The parties are finalizing settlement documents and will file either a status update or notice of dismissal, per the Court's Order, before March 10, 2020.

Dated: February 19, 2020         BLOCK & LEVITON, LLP

By: ___/s/ Jason Leviton___
Jason M. Leviton, Esq.
260 Franklin Street, Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Jason@blockesq.com

Benjamin J. Sweet, Esq.
THE SWEET LAW FIRM, PC
1145 Bower Hill Drive, Ste 104
Pittsburgh, PA 15243
Phone: 412-857-5350
ben@sweetlawpc.com

*Attorneys for Plaintiff*